| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA ALLISON, #179741<br>Assistant Federal Defender |
| 3 | STACIE JACKSON<br>Certified Student Attorney |
| 4 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 5 | Sacramento, CA 95814 |
| 6 | Attorney for Defendant<br>JANGBAHADUR SINGH |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JANGBAHADUR SINGH,<br><br>   Defendant. | CASE NO. 2:18-PO-00273-EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 23, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Defendant JANGBAHADUR SINGH, by and through his counsel of record, LINDA ALLISON, and plaintiff United States of America, by and through its counsel of record, ERIC J. CHANG, hereby stipulate as follows:

1. By previous order, the Court scheduled a status conference on October 23, 2018. By this stipulation, the parties now jointly move to continue the status conference to November 26, 2018 at 9 a.m. This will allow the parties additional time to review discovery and prepare.

IT IS SO STIPULATED.

Dated: October 15, 2018                                          HEATHER E. WILLIAMS
                                                                                     Federal Defender

|   |   |   |
|---|---|---|
| 1 |  | /s/ *Linda Allison* |
| 2 |  | LINDA ALLISON |
|   |  | Assistant Federal Defender |
| 3 |  | Attorney for Defendant |
|   |  | JANGBAHADUR SINGH |

<br>

Dated: October 15, 2018          /s/ *Linda Allison for*
                                 ERIC J. CHANG
                                 Special Assistant U.S. Attorney
                                 Attorney for Plaintiff

                                 By agreement via email

### [~~PROPOSED~~] ORDER

The status conference currently scheduled for October 23, 2018 at 9 a.m. is CONTINUED to November 26, 2018 at 9 a.m.

IT IS SO ORDERED,

DATED: October 16, 2018.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE